UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| RYAN LEE RAYFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-80-JRG-CHS |
| | ) | |
| ZACHARY YOUNG AND THOMAS, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| RYAN RAYFIELD, | ) | |
| | ) | *Lead Case Consolidated with* |
| Plaintiff, | ) | No. 1:24-CV-56 |
| | ) | |
| v. | ) | **JURY DEMANDED** |
| | ) | |
| BRADLEY COUNTY, TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SUMMARY JUDGMENT

Defendant Bradley County, Tennessee (hereinafter "Defendant" unless otherwise specifically identified), by and through counsel, and pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, files with the court its motion for summary judgment as follows:

1. The above-styled case is a claim of excessive force and various other alleged violations from an incident that occurred in the Bradley County jail on February 10, 2023.

2. In that respect, Plaintiff was incarcerated at the Bradley County jail on February 10, 2023. Plaintiff claims that two (2) corrections officers, Zachary Young and Thomas Fink, used excessive force against Plaintiff and in so doing caused him to suffer personal injuries.

3. Plaintiff has sued Defendant alleging that the excessive force complained of in this matter was caused by a policy, custom, or practice of Defendant. Defendant has denied Plaintiff's allegations in this respect.

4. There were no policies, practices or customs in Bradley County that caused any constitutional deprivations or injuries complained of by Plaintiff in this case. Rather, Defendant has in place proper policies regarding training and use of force for its corrections officers.

5. Defendant requires corrections officers to meet training standards promulgated by the Tennessee Corrections Institute ("TCI") within one (1) year of hiring consistent with TCI standards and thereafter complete annual in-service training.

6. Additionally, the corrections officers involved in the February 10, 2023 incident, Defendants Zachary Young and Thomas Fink, were at the time of the incident current with the mandatory training requirements of Defendant.

7. Furthermore, the evidence in this case fails to establish deliberate indifference, which is a stringent standard of fault requiring proof that a municipal actor disregarded a known or obvious consequence of its action, and is not established by merely showing that the specific injury could have been avoided with more or better training.

8. Plaintiff has also included a state law cause of action against Defendant pursuant to Tenn. Code Ann. § 8-8-301 *et seq*. Defendant requests summary judgment/declaratory judgment as it relates to the maximum amount recoverable pursuant to the same as well as the required causes of action for such statute to apply.

9. In support of this motion, Defendant has filed with this motion the affidavits of Sheriff Steve Lawson with exhibits and Lt. Amber Owens with exhibits. In addition, Defendant has filed with this motion excerpts from the depositions of Plaintiff, Defendant Young, and Defendant Fink.

10. Defendant is also filing with the Court its Memorandum of Law in support of the instant motion and incorporates herein by reference the arguments set forth in the same.

**WHEREFORE**, Defendant prays that its Motion for Summary Judgment be granted, and that the above-styled case be dismissed with prejudice on the merits and without cost to Defendant.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr., BPR #019105
Attorney for Defendant
537 Market Street, Suite 203
Chattanooga, TN 37402
P: (423) 756-0262
F: (423) 756-8489
thickey@spicerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2025, I electronically filed this document along with any exhibits with the Clerk of the Court using CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

James Bryan Moseley
Moseley & Moseley
237 Castlewood Drive, Suite D
Murfreesboro, TN 37129
bryan.moseley@moseleylawfirm.com

**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr.