UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| RYAN LEE RAYFIELD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZACHARY YOUNG and THOMAS FINK, ) <br> ) <br> Defendants. ) | No. 1:23-CV-80-JRG-CHS |
| RYAN RAYFIELD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRADLEY COUNTY, TENNESSEE, ) <br> ) <br> Defendant. ) | *Lead Case Consolidated with* <br> No. 1:24-CV-56 <br><br> **JURY DEMANDED** |

## JOINT NOTICE OF CASE RESOLUTION

Now come the parties, by and through counsel, and pursuant to Rule 68.1 of the Local Rules of the United States District Court for the Eastern District of Tennessee announce to the Court that they have resolved all issues in dispute and made the subject of the above-styled case or which could have been made the subject of the above-styled case. The parties will hereafter file a joint stipulation of dismissal with prejudice.

This 23rd day of December, 2025.

**(Signatures on next page)**

Respectfully submitted,

**MOSELEY & MOSELEY**

By: */s/ James Bryan Moseley (by BTHjr w/perm)*
James Bryan Moseley, BPR#21236
Attorney for Plaintiff
237 Castlewood Drive, Suite D
Murfreesboro, TN 37129
P: (615) 254-0140
bryan.moseley@moseleylawfirm.com


**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr., BPR #019105
Attorney for Defendant
537 Market Street, Suite 203
Chattanooga, TN 37402
T: 423-756-0262
F: 423-756-8489
E: thickey@spicerfirm.com