# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| RYAN LEE RAYFIELD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-CV-80-JRG-CHS |
| ) | |
| ZACHARY YOUNG, ET AL., ) | |
| ) | |
| Defendant, ) | |

## ORDER

This matter is before the Court on the parties' Joint Notice of Case Resolution [Doc. 103], filed in both this case and 1:24-CV-56-JRG-CHS on December 23, 2025. These cases are consolidated. The Joint Notice of Case Resolution states that the parties have "resolved all issues in dispute" and that the parties will "hereafter file a joint stipulation of dismissal with prejudice." [Mot., Doc. 103, at 1].

Considering the Joint Notice of Case Resolution, the Final Pretrial Conference, scheduled for January 26, 2026, at 9:00 AM, is **CANCELLED**. Further, the parties are **ORDERED** to file a stipulation of dismissal within **14 days of this order's date**. Failure to file a stipulation of dismissal will result in this case being dismissed based on the Joint Notice of Case Resolution.

So ordered.

ENTER:

s/ J. RONNIE GREER  
UNITED STATES DISTRICT JUDGE
