UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| RYAN LEE RAYFIELD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZACHARY YOUNG AND THOMAS, ) <br> ) <br> Defendants. ) | No. 1:23-CV-80-JRG-CHS <br><br> *Lead Case Consolidated with* |
| RYAN RAYFIELD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRADLEY COUNTY, TENNESSEE, ) <br> ) <br> Defendant. ) | No. 1:24-CV-56-JRG-CHS <br><br> **JURY DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties, by and through counsel, and pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, file with the Court their Joint Stipulation of Dismissal with Prejudice and on the merits Plaintiff's Complaint and any Amended Complaints filed by Plaintiff. The parties further announce that they have fully and finally resolved all matters that were or could have been raised or asserted in the above litigation against each other, and the parties desire the instant dismissal with prejudice on the merits be filed of record and that the above-styled case be dismissed with prejudice and on the merits.

**(Signatures on next page)**

This 27th day of January, 2026.

                            Respectfully submitted,

                            **MOSELEY & MOSELEY**

By:    */s/ James Bryan Moseley (by BTHjr w/perm)*
          James Bryan Moseley, BPR#21236
          Attorney for Plaintiff
          237 Castlewood Drive, Suite D
          Murfreesboro, TN 37129
          P: (615) 254-0140
          bryan.moseley@moseleylawfirm.com

**SPICER RUDSTROM, PLLC**

By:    */s/ B. Thomas Hickey, Jr.*
          B. Thomas Hickey, Jr., BPR #019105
          Attorney for Defendant
          537 Market Street, Suite 203
          Chattanooga, TN 37402
          T: 423-756-0262
          F: 423-756-8489
          E: thickey@spicerfirm.com